# FILED
## UNDER
# SEAL

DANIEL G. BOGDEN
United States Attorney
SARAH GRISWOLD
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:15-cr-00157-RFB-1 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| MARTELL JAMAL BROWN ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

    Attached hereto and expressly incorporated herein is a is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Kamu Kapanui,    Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

    Dated this 25th day of September, 2015 .

DANIEL G. BOGDEN
United States Attorney

By  /S/_____
   SARAH GRISWOLD
   Assistant U. S. Attorney

PS 8
(Revised 12/04)

## UNITED STATES DISTRICT COURT
for the
### DISTRICT OF NEVADA

U.S.A. vs. MARTELL JAMAL BROWN                                 Docket No. 2:15-cr-00157-RFB-1

Petition for Action on Conditions of Pretrial Release

COMES NOW  KAMU KAPANUI,      UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MARTELL JAMAL BROWN who was placed under pretrial release supervision by the Honorable George W. Foley, Jr. in the Court at Las Vegas, Nevada on      July 7, 2015      on a Personal Recognizance Bond   with the following conditions:

1. Pretrial Services supervision.
2. Travel is restricted to Clark County, Nevada.
3. Maintain residence at 4318 Valley Regents Drive, unless approved by Pretrial Services.
4. Seek or maintain employment and notify pretrial services prior to any change.
5. Refrain from the use or possession of a firearm, destructive device or other dangerous weapons.
6. Submit to a substance abuse and mental health treatment as approved by Pretrial Services.
7. Refrain from the use or possession of any controlled substances and submit to drug testing.
8. Refrain from the excessive use of alcohol.
9. Not be in the presence of anyone using or processing any controlled substances.
10. Participate in the following location monitoring monitoring program components and abide by its requirements as instructed by pretrial services: Curfew (restricted to his or her residence as deemed appropriate by pretrial services) with GPS monitoring and pay costs.

Respectfully presenting petition for action of Court and for cause as follows:

1. On August 28, 2015, the defendant submitted a breath alcohol test which tested positive for the presence of alcohol. The defendant admitted to consuming a "medium-sized" bottle of vodka.
2. On September 16, 2015, the defendant failed to appear for a drug test.
3. On September 21, 2015, the defendant failed to appear for a drug test.
4. On September 22, 2015, the defendant failed to appear for a counseling appointment.
5. On September 24, 2015, the defendant was arrested by North Las Vegas Police Department for obstruction of justice and resisting arrest.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 25th day of September 2015 and ordered filed and made a part of the records in the above case. | Executed on this 25th day of September, 2015. |
| /s/ Honorable Peggy A. Leen<br>U.S. Magistrate Judge | Respectfully Submitted,<br>/s/ Kamu Kapanui<br>United States Pretrial Services Officer<br><br>Place: Las Vegas, Nevada |