RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Martell Jamal Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTELL JAMAL BROWN,<br><br>　　　　　Defendant. | Case No. 2:15-cr-157-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Martell Jamal Brown, that the Revocation Hearing currently scheduled on October 18, 2018 at the hour of 3:00pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties, with the concurrence of the supervising probation officer, jointly request that the Court continue the revocation hearing for 90 days to allow time for Mr. Brown

to complete Phase I of the CARE program. Successful completion of the CARE program would bear on the Court's adjudication of the petition.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of October, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____ | */s/ Daniel Cowhig*<br>By_____ |
| BRIAN PUGH<br>Assistant Federal Public Defender | DANIEL COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTELL JAMAL BROWN,<br><br>Defendant. | Case No. 2:15-cr-157-RFB<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, October 18, 2018 at 3:00 p.m. be vacated and continued to January 16, 2019 at the hour of 2:30 p.m.

DATED this 17th day of October, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court