UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00157-RFB |
| Plaintiff, | ORDER FOR PLACEMENT AT SOBER LIVING FACILITY |
| v. | |
| MARTELL JAMAL BROWN, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. Martell Jamal Brown. On October 25, 2018, this court held a hearing for modification of conditions of supervised release as to defendant Martell Jamal Brown ("Mr. Brown").

The Court agreed to modify Mr. Brown's supervision to include his residence in a "sober living facility" for a period up to 90 days, all of the previously ordered conditions to remain in effect with the following additions and modifications:

1. <u>Sober Living Facility</u> – You must reside in a sober living facility for a term of 90 days. You must follow the rules and regulations of the center. You must reside at the Residential Reentry Center until a bed space is available at the sober living facility.

IT IS SO ORDERED this 25th day of October, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE