RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Martell Jamal Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MARTELL JAMAL BROWN,<br><br>            Defendant. | Case No. 2:15-cr-157-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Martell Jamal Brown, that the Revocation Hearing currently scheduled on December 5, 2018 at the hour of 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

    1.    Counsel for the defendant needs additional time to conduct investigation in this case.

    2.    The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 30th day of November, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

<table>
<tr><td>

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-157-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| MARTELL JAMAL BROWN, | |
| Defendant. | |

</td></tr>
</table>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-157-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| MARTELL JAMAL BROWN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 5, 2018 at 10:30 a.m. be vacated and continued to January 4, 2019 at the hour of 11:00 a.m.

DATED this 3rd day of December, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE